# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

**1:26-cr-00258-ELR-JSA**
**USA v. Kloth et al**
**Honorable Justin S. Anand**

---

Minute Sheet for proceedings held In Open Court on 11/16/2026.

TIME COURT COMMENCED: 2:12 P.M.
TIME COURT CONCLUDED: 2:29 P.M.
TIME IN COURT: 00:17
OFFICE LOCATION: Atlanta

TAPE NUMBER: Zoom
DEPUTY CLERK: B. Evans

| | |
|---|---|
| DEFENDANT(S): | [1]Katie Marie Kloth NOT Present at proceedings<br>[2]Tyler John Norman NOT Present at proceedings |
| ATTORNEY(S) PRESENT: | Michelle McIntyre representing Katie Marie Kloth<br>Brian Mendelsohn representing Tyler John Norman<br>Noah Schechtman representing USA |
| PROCEEDING CATEGORY: | Pretrial Conference; |
| MOTIONS RULED ON: | DFT#1-[45]Motion to Suppress Evidence TAKEN UNDER ADVISEMENT<br>DFT#1-[48]Motion to Dismiss Indictment TAKEN UNDER ADVISEMENT<br>DFT#1-[49]Motion to Dismiss Indictment TAKEN UNDER ADVISEMENT<br>DFT#2-[34]Motion for Bill of Particulars TAKEN UNDER ADVISEMENT<br>DFT#2-[35]Motion to Suppress Evidence TAKEN UNDER ADVISEMENT<br>DFT#2-[46]Motion to Dismiss Indictment TAKEN UNDER ADVISEMENT<br>DFT#2-[47]Motion to Dismiss Indictment TAKEN UNDER ADVISEMENT |
| MINUTE TEXT: | A pretrial conference was held with counsel. All Rule 16 discovery has been produced. The Government shall disclose its expert witnesses within 14 days of the case being certified as ready for trial, and the Defendant shall disclose any reciprocal experts within 35 days of certification. Additionally, the Court sets the following briefing schedule for the pending motions to dismiss and for a bill of particulars: the Governments response is due on or before December 4, 2026, and the Defendants' reply is due on or before December 18, 2026. |
| ADDL HEARING(S) SCHEDULED: | Evidentiary Hearing set for February 18, 2027 at 10:00 a.m. in Courtroom 1875; |